

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Gary Klose, Appellant

No. 06-24-00017-CV        v.

N-Tex Sand & Gravel, LLC, Appellee

Appeal from the 336th District Court of Fannin County, Texas (Tr. Ct. No. CV-14-42000).   Panel consists of Chief Justice Stevens and Justices van Cleef and Rambin. Memorandum Opinion delivered by Chief Justice Stevens.

As stated in the Court's opinion of this date, we find that the trial court's judgment is void.  Therefore, we vacate the trial court's judgment and dismiss the case.

We further order that the appellee, N-Tex Sand & Gravel, LLC, pay all costs of this appeal.

RENDERED SEPTEMBER 9, 2024
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk